UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-81274-CIV-ROSENBAUM

DIEDERICH MAYORGA and all others )
similarly situated under 29 U.S.C. 216(B), )
)
Plaintiff, )
vs. )
)
STAMP CONCRETE & PAVERS, INC. )
MOISES H PIZANA CHAVERO, )
)
Defendants. )
_____ )

**STATEMENT OF CLAIM:**

Federal Overtime Claim:

Period Claimed: 6/15/2013 – 11/30/2013 (24 weeks)

Rate of pay at the time: $25.00/hr

Half time overtime rate per hour not compensated:  $12.50

Time-and-a-half overtime rate per hour not compensated:  $37.50

Hours worked per week: 98 hours

Overtime hours at half time rate per week: 16 overtime hours

Overtime hours at time-and-a-half rate per week: 42 overtime hours

$12.50 x 16 hours x 24 weeks = $4,800.

$37.50 x 42 hours x 24 weeks = $37,800

Total Federal overtime claim:  $42,600 x 2 for liquidated damages = **$85,200**

*Plaintiff also reserves the right to seek costs and reasonable attorneys fees.
**Plaintiff reserves the right to amend this statement of claim as discovery progresses.

Respectfully submitted,

**CHRISTOPHER COCHRAN, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605**

**1** of **2**

**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: CNC02G@GMAIL.COM**
**F.B.N. 0084088**
**BY:          /s/ Christopher Cochran**
**CHRISTOPHER COCHRAN, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON**
**1/15/14 TO:**

**ALL CM/ECF RECIPIENTS**

**(NO ATTORNEY OF RECORD OR *PRO SE* LITIGANT HAS APPEARED YET)**

**BY:   /s/ Christopher Cochran**
**CHRISTOPHER COCHRAN, ESQ.**