UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:13-cv-81274-RSR (Rosenbaum/Hunt)

DIEDERICH MAYORGA, and all others
similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

STAMP CONCRETE & PAVERS, INC.,
a Florida corporation, and MOISES H
PIZANA CHAVERO, individually,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

    Defendants, STAMP CONCRETE & PAVERS, INC. and MOISES H. PIZANA CHAVERO, pursuant to this Court's December 7, 2013 Order [DE 22], hereby file their Response to Plaintiff's Statement of Claim, and state as follows:

    Defendants have provided Plaintiff with the records in their possession supporting the fact that Defendants do not owe Plaintiff any unpaid overtime compensation. Plaintiff's claim in this matter is frivolous and asserted in bad faith.

Dated: February 14, 2014　　　　Respectfully submitted,
       Boca Raton, FL

                                  *s/ Daniel R. Levine*
                                  DANIEL R. LEVINE, ESQ.
                                  Florida Bar No. 0057861
                                  E-mail: drlevine@bennardolevine.com
                                  Bennardo Levine, LLP
                                  1860 NW Boca Raton Blvd.
                                  Boca Raton, FL  33432
                                  Telephone:  (561) 392-8074
                                  Facsimile:   (561) 368-6478
                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Diederich Mayorga et al. v. Stamp Concrete & Pavers, Inc., et al.*
Case No. 9:13-cv-81274-RSR (Rosenbaum/Hunt)
United States District Court, Southern District of Florida

| | |
|---|---|
| Christopher Nathaniel Cochran, Esq.<br>E-Mail: cnc02g@gmail.com<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:   (305) 865-6766<br>Facsimile:    (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esq.<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine, LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:   (561) 392-8074<br>Facsimile:    (561) 368-6478<br>Counsel for Defendants<br>*Via CM/ECF* |
| Daniel T. Feld, Esq.<br>E-Mail: DanielFeld.Esq@Gmail.com<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:   (305) 865-6766<br>Facsimile:    (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* | Jamie H. Zidell, Esq.<br>E-Mail zabogado@aol.com<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:   (305) 865-6766<br>Facsimile:    (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* |