UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81274-CIV-COHN/SELTZER

DIEDERICH MAYORGA, and all others
similarly situated under 29 U.S.C. § 216(b),

 Plaintiff,

v.

STAMP CONCRETE & PAVERS, INC. and
MOISES H. PIZANA CHAVERO,

 Defendants.
_____/

**ORDER REFERRING CASE TO UNITED STATES**
**MAGISTRATE JUDGE FOR PRETRIAL DISCOVERY MATTERS**

 **THIS CAUSE** is before the Court upon reassignment to the undersigned United States District Judge [DE 30]. The Court has reviewed the record in this case and is otherwise advised in the premises. It is accordingly

 **ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is **REFERRED** to Chief United States Magistrate Judge Barry S. Seltzer for appropriate disposition of all pro hac vice motions, all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations. This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.  This Order shall supersede the Order Referring Discovery Matters to the Magistrate Judge [DE 6] previously entered by the Honorable Robin S. Rosenbaum.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of May, 2014.

JAMES I. COHN
United States District Judge

Copies provided to:
Chief Magistrate Judge Barry S. Seltzer
Counsel of record via CM/ECF