UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81274-CIV-SELTZER

CONSENT CASE

DIEDERICH MAYORGA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

DELAWARE NORTH COMPANIES
TRAVEL HOSPITALITY SERVICES, INC.

    Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE having been referred to the undersigned pursuant to the consent of the parties, it is hereby ORDERED that a jury trial is specifically set to commence on May 11, 2015, at 9:00 a.m. at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida. A pretrial conference will be held on May 7, 2015, at 1:00 p.m. at the same location. If the parties anticipate that the trial of this action will take more than five days, they shall promptly notify the Court.

It is further Ordered that the following pretrial deadlines are set:[1]

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | November 21, 2014 |
| Fact and Expert Discovery Completed | January 9, 2015 |

---

[1] To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Mediation Completed | January 23, 2015 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | February 6, 2015 |
| Motions in Limine and Designation of Deposition Excerpts for Trial | April 14, 2015 |
| Responses to Motions in Limine and Objections to Deposition Designations[2] | April 24, 2015 |
| Joint Pretrial Stipulation, and and proposed Jury Instructions and proposed Jury Verdict Form | May 1, 2015 |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 23rd day of September 2014.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record

---

[2] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.