UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-81274-CIV-SELTZER

DIEDERICH MAYORGA, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

STAMP CONCRETE & PAVERS, INC.,
MOISES H PIZANA CHAVERO,

        Defendants.

_____

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby file Plaintiff's Motion for Entry of Default, and in support thereof state as follows:

1. On January 8, 2015, this Court entered an Order Granting Motion to Withdraw as Counsel for Defendants [D.E. 43].

2. The court's above-described Order states, in part, "By no later than February 7, 2015, Defendant Stamp Concrete & Pavers, Inc. must retain new counsel and have that counsel enter a notice of appearance herein." The Order further states that a default judgment may be entered against the corporate Defendant for failure to comply with the Order.

3. As of February 16, 2015, the corporate Defendant has failed to comply with this Court's Order, as new counsel has not entered a notice of appearance with the court. Furthermore, the corporate Defendant has not shown cause why default should not be entered against it.

4. Plaintiff therefore requests that this Court enter a default against corporate Defendant Stamp Concrete & Pavers, Inc. for failure to comply with the Court's Order. [D.E. 43].

5. It is well-settled that the entry of a judgment by default is available to facilitate the exercise of the Court's inherent power to manage its affairs. *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir.1985) (citing *Flaksa v. Little River Marine Construction Co.*, 389 F.2d 885, 887 (5th Cir.1968)). Failure to obey a court's order constitutes sufficient grounds for a default judgment. *Bonanza Intern., Inc., v. Corceller* 480 F.2d 613, 614 (5th Cir. 1973).

**WHEREFORE**, as Defendant Stamp Concrete & Pavers, Inc. has failed to comply with this Court's Order, Plaintiff respectfully requests that this Court enter a default judgment against the corporate Defendant.

Respectfully Submitted,

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
*Attorney for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Julia M. Garrett
   Julia M. Garrett, Esq.
   Florida Bar Number: 105151

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was sent via USPS certified mail and CM/ECF on all counsel or parties of record in the service list below on this 16th day of February, 2015.

        Julia M. Garrett, Esq.
        J.H. Zidell, P.A.
        *Attorney for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By:  /s/ Julia M. Garrett
        Julia M. Garrett, Esq.
        Florida Bar Number: 105151

## SERVICE LIST

| | |
|---|---|
| Stamp Concrete & Pavers, Inc.<br>c/o Denise Spiva<br>230 Cherry Avenue<br>Merrit Island, Florida 32953<br>*Corporate Defendant* | Moises H. Pizana Chavero<br>c/o Denise Spiva<br>230 Cherry Avenue<br>Merrit Island, Florida 32953<br>*Individual Defendant* |