UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-81274-CIV-SELTZER

DIEDERICH MAYORGA, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,
vs.

STAMP CONCRETE & PAVERS, INC.,
MOISES H PIZANA CHAVERO,

        Defendants.
_____

## ORDER ENTERING DEFAULT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Default, filed on February 16, 2015 [D.E. 46].

**THIS COURT** has considered said Motion and the pertinent portions of the record and is otherwise fully advised in the premises. This Court provided corporate Defendant Stamp Concrete & Pavers, Inc. until and including February 7, 2015 to substitute counsel [D.E. 43]. On February 7, 2015, corporate Defendant Stamp Concrete & Pavers, Inc. had failed to substitute counsel. Thereafter, Plaintiff's Motion for Entry of Default was timely filed. It is therefore:

**ORDERED AND ADJUDGED** that (1) DEFAULT is entered against corporate Defendant Stamp Concrete & Pavers, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of February, 2015.

        _____
        **BARRY S. SELTZER**
        **CHIEF UNITED STATES MAGISTRATE JUDGE**

**Copies to:**

All counsel of record

Stamp Concrete & Pavers, Inc.
c/o Denise Spiva
230 Cherry Avenue
Merrit Island, Florida 32953

Moises H. Pizana Chavero
c/o Denise Spiva
230 Cherry Avenue
Merrit Island, Florida 32953