**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


DIEDERICH MAYORGA

          PLAINTIFF(S)

        v.

STAMP CONCRETE &PAVERS, INC., et al.,



          DEFENDANT(S).

CASE NUMBER
  9:13−cv−81274−BSS



**DEFAULT BY CLERK F.R.Civ.P.55(a)**


# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead

to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Stamp Concrete &Pavers, Inc.**


as of course, on the date March 24, 2015.

           **STEVEN M. LARIMORE**
           CLERK OF COURT

           By __/s/ *Lisa Streets*__
           Deputy Clerk

cc:  Judge Robin S. Rosenbaum
     Diederich Mayorga

CV−37 (10/01)