UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81274-CIV-SELTZER

CONSENT CASE

DIEDERICH MAYORGA, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

STAMP CONCRETE & PAVERS, INC.,
MOISES H PIZANA CHAVERO,

    Defendants.
_____/

<u>NOTICE TO *PRO SE* DEFENDANT MOISES H PIZANA CHAVERO</u>

THIS CAUSE is before the Court *sua sponte*. On December 16, 2013, Plaintiff Diederich Mayorga brought this action against Stamp Concrete & Pavers, Inc. and Moises H Pizana Chavero, alleging that Defendants failed to pay him overtime wages in violation of the Fair Labor Standards Act ("FLSA") (DE 1). On January 31, 2014, Defendants, through counsel, filed a joint Answer and Affirmative Defenses to the Complaint (DE 20).

On November 3, 2014, Defendants' counsel, Bennardo Levine LLP, moved to withdraw its representation (DE 38); a copy of that Motion was served on Defendants at their last confirmed address. On December 2, 2014, the Court conducted a hearing on the Motion to Withdraw as Counsel for Defendants. At that hearing, Defendants' attorney, Daniel R. Levine, represented to the Court that he had served (by certified mail) on both Defendants a letter and a copy of the Order that had set the hearing. Neither Defendant, however, appeared at the hearing. Following the hearing, the Court granted Defendants'

counsel's Motion to Withdraw and relieved attorney Daniel R. Levine and Bennardo Levine LLP from all further responsibility for representing Defendants. January 8, 2015 Order (DE 43). The Court's Order, *inter alia*, informed Defendant Moises H Pinzana Chavero that by February 7, 2015, he was to either have new counsel appear on his behalf or to notify the Court that he intended to proceed *pro se* (i.e., without an attorney). The Order further informed Defendant Chavero that if he failed to do so, the Court would assume he wishes to proceed *pro se*. The Court served the Order on both Defendants at their last known address, and neither Order was returned as undeliverable. No attorney has yet appeared on behalf of Defendant Chavero,[1] and as he has not notified the Court of his intentions, the Court assumes that he intends to defend this action without an attorney.

On September 9, 2014, this Court entered an Amended Scheduling Order (DE 37) in which the Court required the parties to file a Joint Pretrial Stipulation, proposed jury instructions, and proposed jury verdict form by May 1, 2015. That Order expressly cautioned the parties that **"[f]ailure to file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate."** As Defendant Chavero is now proceeding without an attorney, he is required to work with Plaintiff's counsel to prepare and file a joint pretrial stipulation and proposed jury instructions and verdict form. Accordingly, it is ORDERED that Defendant Chavero shall contact Plaintiff's attorney, Julia M. Garrett, of the law office of J.H. Zidell, P.A., located at 300 71st Street,

---

[1] After withdrawal of Defendants' counsel, no attorney appeared on behalf or Defendant Stamp Concrete & Pavers. On March 23, 2015, the Court entered an Order (DE 38) granting Plaintiff's Motion for Default as a corporation cannot represent itself in federal court. See Palazzo v Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, on March 24, 2015, a default was entered against the corporate defendant (DE 39).

Suite 605, Miami Beach, FL 33141, in sufficient time to timely file the joint pretrial stipulation (and other proposed forms). Attorney Garrett's telephone number is (305) 865-6766, and her email address is jgarret.jhzidellpa@gmail.com.

The Court's Amended Scheduling Order also set a pretrial conference for May 7, 2015, at 2:00 p.m. and a jury trial for May 11, 2015, at 9:00 a.m. Both proceedings will be held before the undersigned at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. As a *pro se* litigant, Defendant Chavero is expected to attend the pretrial conference and the trial. **FAILURE TO ATTEND THESE PROCEEDINGS TO DEFEND THIS ACTION WILL RESULT IN THE STRIKING OF DEFENDANT CHAVERO'S ANSWER AND THE ENTRY OF A DEFAULT AND DEFAULT JUDGMENT AGAINST HIM.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 9th day of April 2015.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record

Moises H Pizano Chavero
c/o Denise Spiva
230 Cherry Avenue
Merritt Island, Florida 32953

Stamp Concrete & Pavers, Inc.
c/o Denise Spiva
230 Cherry Avenue
Merritt Island, FL 32953