AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

| DIEDERICH MAYORGA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| STAMP CONCRETE & PAVER INC | Case Number: 13-81274-CIV-SELTZER |

| PRESIDING JUDGE<br>BARRY S. SELTZER | PLAINTIFF'S ATTORNEY<br>MOISES P. CHAVERO (PRO SE) | DEFENDANT'S ATTORNEY<br>ELIZABETH HUBER, JULIA GARRET |
|---|---|---|
| TRIAL DATE (S)<br>5/11/2015 THRU 5/12/2015 | COURT REPORTER<br>TAMMY NESTOR | COURTROOM DEPUTY<br>AARON TIJERINO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/11/2015 | X | X | INVOICES PROFILE USA |
| 2 | | 5/11/2015 | X | X | APPLICATION FOR EMPLOYMENT |
| 3 | | 5/11/2015 | X | X | WEEKLY TIME SHEETS |
| 4 | | 5/11/2015 | X | X | PAYROLL SUMMARY |
| 5 | | 5/11/2015 | X | X | ONE PAGE DOCUMENT (ENVELOPE PAYROLL STUB) |
| 6 | | 5/11/2015 | X | X | INCOME TAX RETURN 2013 |
| 7 | | 5/11/2015 | X | X | PHOTOGRAPH OF PLAINTIFF AT WORK SITE |
| 8 | | 5/12/2015 | X | X | COPIES OF TOLLS (SUN PASS RECEIPTS) |
| | 1 | 5/12/2015 | X | X | PAYROLL RECORDS |
| | 2 | 5/12/2015 | X | X | APPLICATIONS AND SUPPORTING DOCUMENTS |
| | 3 | 5/12/2015 | X | X | SOUTH EAST PAY STUBBS AND OTHER MISCELLANEOUS DOCUMENTS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages