UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81274-CIVIL-SELTZER

DIEDERICH MAYORGA

    Plaintiff(s),

vs.

STAMP CONCRETE &
PAVERS, INC ET AL

    Defendant(s).
_____/

FILED BY _____ D.C.

MAY 1 2 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

- [ ] Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

- [ ] Oversize records (larger than 10" x 12" x 15")
  Item Nos. _____

- [ ] Stored by Records Section in: [ ] Miami  [ ] FTL  [ ] WPB

- [x] Other (Explain): ALL DOCUMENTS PERTAINING TO TRIAL FROM

[ ] Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: ELIZABETH HUBER
Agency or Firm: J.H. ZIDELL, P.A.
Address: 300 71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141

Exhibits Released by:

AARON TIJERINO
(Deputy Clerk)

Telephone: 305-865-6766
Date: MAY 12, 2015

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record