Dieder(?) vs.
Stamp Concrete & Pavers, INC
AND Moises Pizaña Chavero

13-81274-Civ-BSS

Case 9:13-cv-81274-BSS   Document 63   Entered on FLSD Docket 05/13/2015   Page 1 of 1

FILED BY _____ D.C.
MAY 12 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.
4:50pm

Can we highlight the toll records or can we have extra copy for us.

We are sending back an extra copy of the toll records, which you can highlight if you wish. Your copy of the document will be destroyed at the end of the case.

It is now 4:50 pm. Do you wish to continue your deliberations at this time or do you wish to recess and return at 9:00 am tomorrow morning.

(CONTINUE)

"JURY NOTES"