UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81274-CIV-SELTZER

DIEDERICH MAYORGA,

    Plaintiff,

vs.

STAMP CONCRETE & PAVERS, INC.,
and MOISES H PIZANA CHAVERO,

    Defendants.
_____/

FILED BY _____ D.C.

MAY 1 2 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## VERDICT FORM

1. Do you find that Plaintiff Diedrich Mayorga proved by a preponderance of the evidence that Defendant Moises Pizana was an "employer" of Mayorga, that is, that he had day-to-day control of the operations of the company and had some direct supervision over employees, including the payment of wages to employees.

    Answer: Yes or No  __YES__

If your answer is Yes, continue to question No. 2.

If your answer is No, you have completed your deliberations. Please sign and date the Verdict Form and notify the court security officer that you have reached a verdict.

2. Do you find that Plaintiff Mayorga proved by a preponderance of the evidence that Defendant Pizana failed to pay Mayorga overtime wages as required by law?

    Answer: Yes or No  __NO__

If your answer is Yes, continue to question No. 3.

If your answer is No, you have completed your deliberations. Please sign and date the Verdict Form and notify the court security officer that you have reached a verdict.

3.   Which do you find was the compensation agreement between Plaintiff Mayorga and Stamp Concrete & Pavers, Inc.? (Check (a) or (b)):

   a.   Plaintiff Mayorga was an hourly employee earning $25 per hour? _____

   b.   Plaintiff Mayorga was a daily employee earning $200 per day? _____

4.   For what period of time do you find that Plaintiff Mayorga worked for Stamp Concrete & Pavers, Inc.? (Check (a) or (b)):

   a.   August 17, 2013 through November 22, 2013 (13 Weeks) ? _____

   b.   June 15, 2013, through November 22, 2013 (22 Weeks)? _____

5.   What is the amount of overtime wages that you find are due Plaintiff Mayorga?

   $_____

Please sign and date the Verdict Form and notify the court security officer that you have reached a verdict.

SO SAY WE ALL.

Date: 5/12/15            Foreperson: _____